

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2022

No. 04-22-00253-CV

**3CM, LLC D/B/A 3CM MULTIFAMILY,**
Appellant

v.

**ARROYO SQUARE, LLC, ET AL.,**
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-22-0000052
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The appellant's emergency motion to stay filed May 3, 2022 is denied as moot.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court